UNITED STATES DISTRICT COURT
FILED

APR 17 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

AMERICAN BOAT COMPANY, LLC                CIVIL ACTION

VERSUS                                     NO. 00-0373

MV LAURA ANN BLESSEY                       SECTION "T"

PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held BY TELEPHONE on MAY 16, 2000 at 2:30 p.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

TRIAL COUNSEL are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

RICHARD E. WINDHORST, III
COURTROOM DEPUTY, SECTION T

NOTICE:    COUNSEL ADDING NEW PARTIES SUBSEQUENT TO
           THE MAILING OF THIS NOTICE SHALL NOTIFY
           SUCH NEW PARTY TO APPEAR AS REQUIRED BY
           THIS NOTICE.

           COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST
           JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE,
           A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF
           THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH
           A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A
           SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE,
           ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE
           SUCH A CONFERENCE DESIRABLE.

__Fee_____
__Process__
_X_Dktd____
__CtRemDep_
Doc. No.___