FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -3 PM 4: 12

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**November 1, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMERICAN BOAT COMPANY, L L C** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0373** |
| **LAURA ANN BLESSEY MV, ET AL** | **SECTION: "T" (4)** |

A Settlement Conference was held on this date. Participating were: Kent B. Ryan representing the plaintiffs and Robert Seth Reich and Ray Fontenot representing the defendants. The parties were unable to reach a settlement. However, negotiations by telephone are ongoing.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
NOV 6 2000