

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 13 AM 10: 07

LORETTA G. WHYTE
       CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN BOAT COMPANY L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0373 |
| | * | |
| M/V LAURA ANN BLESSEY, her | * | SECTION: "T" |
| engines, tackle, apparel, etc., *in rem;* | * | JUDGE PORTEOUS |
| AND BLESSEY MARINE SERVICES, | * | |
| INC., *in personam* | * | MAGISTRATE (4) |
| | * | MAGISTRATE JUDGE ROBY |

*********************************************

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes defendant, Blessey Marine Services, Inc. and respectfully moves this Court for an expedited hearing on the accompanying Motion to Compel. Blessey Marine Services, Inc. submits there is insufficient time prior to

DATE OF ENTRY
NOV 1 4 2000

1

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc No. 12

the trial of this matter to have this Motion set on the Court's regular hearing docket.

                Respectfully submitted,

                REICH, MEEKS & TREADAWAY, L.L.C.

                ROBERT S. REICH (#11163)
                LAWRENCE R. PLUNKETT, JR. (#19739)
                Two Lakeway, Suite 1000
                3850 N. Causeway Blvd.
                Metairie, Louisiana 70002
                Tel:   (504) 830-3999
                Fax:  (504) 830-3950
                ***Attorneys for Blessey Marine Services, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing same in the United States Mail, postage prepaid and properly addressed this 13 day of November, 2000.

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN BOAT COMPANY L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0373 |
| | * | |
| M/V LAURA ANN BLESSEY, her | * | SECTION: "T" |
| engines, tackle, apparel, etc., *in rem;* | * | JUDGE PORTEOUS |
| AND BLESSEY MARINE SERVICES, | * | |
| INC., *in personam* | * | MAGISTRATE (4) |
| | * | MAGISTRATE JUDGE ROBY |

*********************************************

## O R D E R

Considering the above and foregoing Motion;

IT IS HEREBY ORDERED that the Motion for Expedited Hearing ~~will be heard on~~ is Denied. The Motion to Compel shall be heard without oral argument ~~the day of , 2000, at o'clock m. before the Honorable~~ on November 29, 2000 at 11:00 AM before the ~~Magistrate Judge Roby at 501 Magazine Street, New Orleans, Louisiana 70130.~~ Undersigned.

UNITED STATES MAGISTRATE JUDGE