```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                            2000 NOV 15  PM 3:42

                               LORETTA G. WHYTE
                                    CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**November 15, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMERICAN BOAT COMPANY, L L C** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0373** |
| **LAURA ANN BLESSEY MV, ET AL** | **SECTION: "T" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a 60-day Order of Dismissal.

                                    _____
                                         KAREN WELLS ROBY
                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Judge G. Thomas Porteous, Jr.

```
DATE OF ENTRY
NOV 1 6 2000
```

```
___ Fee _____
___ Process ___
 X  Dktd    ___
 ✓  CtRmDep ___
    Doc.No. 14
```