```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2000 NOV 16  PM 4:01

                LORETTA G. WHYTE
                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMER BOAT COMPANY, L.L.C | CIVIL ACTION |
| VERSUS | NO. 00-0373 |
| LAURA ANN BLESSY, ET AL. | SECTION "T" (4) |

## ORDER OF DISMISSAL

The Court has been advised by Magistrate Judge Karen Wells Roby that all claims arising out of the above-captioned matter have been settled, and that the parties need only execute releases and deliver funds in accordance with their agreement. Accordingly,

IT IS ORDERED that this action be, and the same hereby is, **DISMISSED WITHOUT COSTS BUT WITHOUT PREJUDICE** to the right of any party, upon good cause shown, to seek summary judgment enforcing the compromise within sixty (60) days if it is not consummated by that time. With the consent of the parties, this Court retains jurisdiction over the settlement agreement for enforcement purposes.

IT IS FURTHER ORDERED that the pre-trial conference set to commence at 10:00 A.M. on Tuesday, November 21, 2000 be, and the same hereby is **CANCELED.**

IT IS FURTHER ORDERED that the trial in the above-captioned matter set to

DATE OF ENTRY

NOV 17 2000



commence before the undersigned on Monday, December 11, 2000, at 10:00 A.M. be, and the same hereby is **CANCELED.**

Counsel are reminded that if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

New Orleans, Louisiana, this 15th day of November, 2000.

G. Thomas Porteous, Jr.
United States District Judge