

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 30 PM 4: 33

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
November 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

AMERICAN BOAT COMPANY, L.L.C.                    CIVIL ACTION

VERSUS                                           NO:    00-0373

LAURA ANN BLESSEY MV, ET AL.                     SECTION: "T" (4)


On November 13, 2000, the defendant, Blessey Marine Services, Inc. ("defendant") filed a **Motion to Compel (doc. #13)**, against the plaintiff, American Boat Company, L.L.C. ("plaintiff"). The defendant's motion was set for hearing before the undersigned on November 29, 2000. However, on November 16, 2000, the parties reached an agreement to compromise all claims and the district judge entered a sixty (60) day order of dismissal closing the case.[1]

Accordingly,

**IT IS THEREFORE ORDERED** that the defendant's **Motion to Compel (doc. #13)** is hereby **DENIED AS MOOT**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

---

[1]*See* Rec. doc. #15, November 16, 2000 Minute Entry.

DATE OF ENTRY
DEC 1 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.