FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -7 PM 3: 53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN BOAT COMPANY L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0373 |
| | * | |
| M/V LAURA ANN BLESSEY, her | * | SECTION: "T" |
| engines, tackle, apparel, etc., *in rem;* | * | JUDGE PORTEOUS |
| AND BLESSEY MARINE SERVICES, | * | |
| INC., *in personam* | * | MAGISTRATE (4) |
| | * | MAGISTRATE JUDGE ROBY |

*******************************************

### MOTION AND ORDER TO DISMISS

**NOW INTO COURT**, through undersigned counsel, jointly come American Boat Company, L.L.C. and Blessey Marine Services, Inc. and respectfully move this Court to dismiss all claims asserted in this matter, with prejudice, each party to bear its own costs of court.

Respectfully submitted,

DATE OF ENTRY

FEB 1 3 2001

**LEMLE & KELLEHER**

KENT B. RYAN (#18418)
Pan American Life Center, 21st Floor
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 586-1241
*Attorneys for American Boat Company, L.L.C.*

Doc.No. 17

1

**REICH, MEEKS & TREADAWAY, L.L.C.**

ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
Two Lakeway, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Tel:    (504) 830-3999
Fax:    (504) 830-3950
*Attorneys for Blessey Marine Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel by either facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage prepaid and properly addressed this 7 day of February, January, 2001.

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN BOAT COMPANY L.L.C. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 00-0373 |
| | * | |
| M/V LAURA ANN BLESSEY, her | * | SECTION: "T" |
| engines, tackle, apparel, etc., *in rem;* | * | JUDGE PORTEOUS |
| AND BLESSEY MARINE SERVICES, | * | |
| INC., *in personam* | * | MAGISTRATE (4) |
| | * | MAGISTRATE JUDGE ROBY |

*******************************************

## O R D E R

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law

and Motion of counsel, all claims asserted in this matter are hereby dismissed, each party to

bear its own costs.

**NEW ORLEANS, LOUISIANA,** this ____9th____ day of ____February____, 2001.

_____

UNITED STATES DISTRICT JUDGE

1